1 | KEKER, VAN NEST & PETERS LLP
MICHELLE YBARRA - # 260697
2 | mybarra@keker.com
TRAVIS SILVA - # 295856
3 | tsilva@keker.com
ROBYN PARISER - # 335017
4 | rpariser@keker.com
633 Battery Street
5 | San Francisco, CA 94111-1809
Telephone:    415 391 5400
6 | Facsimile:    415 397 7188

7 | Attorneys for Petitioner SPINX GAMES, LTD.

8 | DAVIS & NORRIS LLP
D. FRANK DAVIS
9 | JOHN E. NORRIS
ANDREW WHEELER-BERLINER
10 | WESLEY W. BARNETT
The Bradshaw House
11 | 2154 Highland Avenue South
Birmingham, Alabama 35205
12 | Telephone: (205) 930-9900
andrew@davisnorris.com
13 | fdavis@davisnorris.com
wbarnett@davisnorris.com
14 | jnorris@davisnorris.com

15 | Attorneys for Respondents THOMAS VIEL, BRITNEY ROSS,
CARRISA PYLES, and JOSHUA BENNEFIELD
16 |

17 |                UNITED STATES DISTRICT COURT

18 |                NORTHERN DISTRICT OF CALIFORNIA

19 |                   SAN FRANCISCO DIVISION

20 | SPINX GAMES, LTD.,                  | Case No. 3:23-cv-01340-WHO

21 |         Petitioner,                 | Related Case Nos. 3:23-cv-01337-WHO;
                                         | 3:23-cv-01338-WHO; 3:23-cv-01339-WHO
22 |    v.
                                         | **JOINT STIPULATION AND ORDER
23 | BRITNEY ROSS,                       | REGARDING SERVICE, NOTICE OF
                                         | HEARING, AND RELATED BRIEFING
24 |         Respondent.                 | SCHEDULE (CIV. L.R. 6-1)**

25 |                                     | Judge:      William H. Orrick

26 |                                     | Date Filed: March 8, 2023

27 |                                     | Trial Date: TBD

28 |

1

**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING SERVICE, NOTICE OF HEARING,
AND RELATED BRIEFING SCHEDULE (CIV. L.R. 6-1)**
Case No. 3:23-cv-01340-WHO

2109709

1   Petitioner, SpinX Games, Ltd. ("Petitioner" or "SpinX") and Respondent Britney Ross
2   ("Respondent" and together with SpinX, "the Parties") by and through their respective counsel,
3   hereby stipulate and request as follows:
4   WHEREAS, on March 8, 2023, Petitioner filed Petitions to Compel Arbitration in San
5   Francisco, California, in the following matters: *SpinX Games, Ltd. v. Viel*, No. 3:23-cv-01337-
6   WHO; *SpinX Games, Ltd. v. Bennefield*, No. 3:23-cv-01338-WHO; *SpinX Games, Ltd. v. Pyles*,
7   No. 3:23-cv-01339-WHO; and *SpinX Games, Ltd. v. Ross*, No. 3:23-cv-01340-WHO (each, a
8   "Matter"; collectively, "the Matters")[1];
9   WHEREAS, on March 9, 2023, SpinX filed a notice of motion and supporting evidence
10   and memoranda in each Matter (each a "Motion")[2], noting that SpinX would re-notice each
11   Motion upon receiving a judicial assignment;
12   WHEREAS, on March 21, 2023, this Court issued an order relating the Matters to each
13   other and assigning all Matters to this Court;
14   WHEREAS, on March 23, 2023, Respondent filed a Cross-Motion to Compel Arbitration
15   Before the American Arbitration Association ("Cross-Motion") as well as an Opposition to
16   SpinX's Motion in each Matter, together with supporting evidence and memoranda;
17   WHEREAS the substance of Respondent's Cross-Motion and the substance of
18   Respondent's Opposition to SpinX's Motion is nearly identical;
19   WHEREAS, to promote judicial economy and conserve Party resources, the parties have
20   agreed to streamline proceedings in the manner described below;
21   NOW THEREFORE, the Parties agree as follows:
22   1.   Service of the initial Petition is complete in this Matter.

---

[1] Before these cases were reclassified by this Court's Order Reclassifying Cases on March 22, 2023, they were docketed as the following: *SpinX Games, Ltd. v. Viel*, No. 23-mc-80057; *SpinX Games, Ltd. v. Bennefield*, No. 23-mc-80058; *SpinX Games, Ltd. v. Pyles*, No. 23-mc-80059; and *SpinX Games, Ltd. v. Ross*, No. 23-cv-80060.

[2] In the *Viel* matter, the Motion is docketed at ECF No. 7. In *Bennefield*, it is docketed at ECF No. 6. In *Pyles*, it is docketed at ECF No. 7. In *Ross*, it is docketed at ECF No. 6.

2. SpinX will consolidate its Reply in Support of its Petition to Compel Arbitration in San Francisco, California and its Opposition to Respondent's Cross-Motion to Compel Arbitration Before the American Arbitration Association into one brief in this Matter.

3. Petitioner hereby re-notices the Motion (ECF No. 7) for hearing on May 10, 2022, at 2PM before Judge Orrick in Courtroom 2 on the 17th Floor of 450 Golden Gate Ave., San Francisco, California, 94102;

4. Respondent hereby re-notices the Cross-Motion (ECF No. 23) for hearing on May 10, 2022, at 2PM before Judge Orrick in Courtroom 2 on the 17th Floor of 450 Golden Gate Ave., San Francisco, California, 94102;

5. The parties agree to the following briefing and hearing schedule:

| Event | Date |
|---|---|
| Deadline for SpinX to file its consolidated Reply in Support of its Motion and its Opposition to Cross-Motion. | Wednesday, April 12, 2023 |
| Deadline for Petitioner to file optional Reply brief. | Wednesday, April 26, 2023 |
| Hearing. | Wednesday, May 10, 2023, at 2PM |

Dated: March 29, 2023                                     KEKER, VAN NEST & PETERS LLP

By: */s/ Michelle Ybarra*
    MICHELLE YBARRA
    TRAVIS SILVA
    ROBYN PARISER

Attorneys for Petitioner, SpinX Games, Ltd.

Dated: March 29, 2023								DAVIS & NORRIS LLP

											By:	*/s/ John E. Norris*
												D. FRANK DAVIS
												JOHN E. NORRIS
												ANDREW WHEELER-BERLINER
												WESLEY W. BARNETT

												Attorneys for Petitioner, SpinX Games, Ltd.

## ATTESTATION

In accordance with Civil Local Rule 5-1(h)(3), I attest that each of the signatories have concurred in the filing of this document.


Dated: March 29, 2023					By:	*/s/ Michelle Ybarra*

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.



Dated: March 30, 2023

_____
Hon.
United States District Judge

5

**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING SERVICE, NOTICE OF HEARING, AND RELATED BRIEFING SCHEDULE (CIV. L.R. 6-1)**
Case No. 3:23-cv-01340-WHO

2109709